**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>        Plaintiff,<br><br>   vs.<br><br>BUB ENTERPRISES, INC., a California corporation; DENNIS MANNING, an individual; MELISSA MANNING, an individual; and FRED FOX, an individual,<br><br>        Defendants. | Case No. 2:13-CV-02266-TLN-CKD<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS BUB ENTERPRISES, INC., DENNIS MANNING AND MELISSA MANNING** |

**BASED ON THE STIPULATION OF THE PARTIES IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment in the amount of $2,691,275.46 is entered in favor of Plaintiff Wells Fargo Bank, National Association ("Wells Fargo") and against Defendants BUB Enterprises, Inc., Dennis Manning and Melissa Manning.

JUDGMENT

1    In addition, Wells Fargo or any person claiming through Wells Fargo is entitled to
2 immediate possession, custody and control, upon its demand, of all personal property in which
3 BUB Enterprises, Inc. created a security interest in favor of Wells Fargo or any predecessor-in-
4 interest, including all goods (including all inventory, equipment and fixtures and all books and
5 records in paper, disk or other tangible form) that are located on or at the premises formerly
6 occupied by BUB Enterprises, Inc. at 180 Clydesdale Court in Grass Valley, California.
7    Upon the entry of this Judgment this lawsuit is dismissed in its entirety.

9  Dated: July 14, 2014

Troy L. Nunley
United States District Judge